UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 05-80137-CR-Zloch/Snow

29 U.S.C. 501(c)

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

DONALD DIXON,

    Defendant.
_____/



FILED by _____ D.C.
JUL 28 2005
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

## INDICTMENT

**THE GRAND JURY CHARGES THAT:**

### BACKGROUND INFORMATION

1. At all times relevant to this Indictment the International Association of Theater and Stage Employees, (IATSE), was a labor organization engaged in an industry affecting commerce.

2. At all times relevant to this Indictment the defendant, DONALD DIXON, was employed by IATSE as a bookkeeper and treasurer who was authorized to spend monies belonging to IATSE for legitimate and authorized expenses incurred by that labor organization.

3. At all times relevant to this Indictment the defendant, DONALD DIXON, was not authorized to spend IATSE monies for purposes unrelated to the work of IATSE and its officers.

## COUNTS 1 – 6

On such dates, and in such amounts as set forth below in the following table, the defendant,

DONALD DIXON,

at West Palm Beach, in the Southern District of Florida, while a person employed directly by the International Association of Theater and Stage Employees, (IATSE), a labor organization engaged in an industry affecting commerce, did embezzle, steal and unlawfully and willfully abstract and convert to his own use the moneys, funds, and property of said labor organization:

| COUNT | DATE | TRANSACTION |
|---|---|---|
| 1 | August 3, 2000 | IATSE check 2715 issued to the order of BPOE 1352 for $500 |
| 2 | September 1, 2000 | IATSE check 2722 issued to the order of BPOE 1352 for $600 |
| 3 | September 14, 2000 | IATSE check 2727 issued to the order of BPOE 1352 for $1,250 |
| 4 | September 18, 2000 | IATSE check 2728 issued to the order of Donald Dixon for $1,989.22 |

| COUNT | DATE | TRANSACTION |
|---|---|---|
| 5 | October 11, 2000 | IATSE check 2733 issued to the order of BPOE 1352 for $986.55 |
| 6 | October 20, 2000 | Electronic payment from IATSE checking account to American Express in the amount of $1,074.04 |

All in violation of Title 29, United States Code, Section 501(c).

A TRUE BILL:

_____
FOREPERSON

_____
R. ALEXANDER ACOSTA
UNITED STATES ATTORNEY

_____
STEPHEN CARLTON
ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

CASE NO. 05-80137-CR-Zloch/Snow

vs.

**CERTIFICATE OF TRIAL ATTORNEY\***

DONALD DIXON,

    Defendant.

**Superseding Case Information:**

FILED by _____ D.C.
JUL 2 8 2___
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

_____/

New Defendant(s)    Yes ___ No ___
Number of New Defendants _____
Total number of counts _____

**Court Division**: (Select One)

___ Miami    ___ Key West
___ FTL    _X_ WPB    ___ FTP

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter:   (Yes or No)   No
   List language and/or dialect   n/a

4. This case will take   FIVE (5)   days for the parties to try.

5. Please check appropriate category and type of offense listed below:
   (Check only one)                  (Check only one)

| | | | | | |
|---|---|---|---|---|---|
| I | 0 to 5 days | _X_ | Petty | ___ |
| II | 6 to 10 days | ___ | Minor | ___ |
| III | 11 to 20 days | ___ | Misdem. | ___ |
| IV | 21 to 60 days | ___ | Felony | _X_ |
| V | 61 days and over | | | |

6. Has this case been previously filed in this District Court? (Yes or No)  No
If yes:
Judge: _____  Case No. _____
(Attach copy of dispositive order)
Has a complaint been filed in this matter?   (Yes or No)  No
If yes:
Magistrate Case No.  N/A
Related Miscellaneous numbers:  N/A
Defendant(s) in federal custody as of  N/A
Defendant(s) in state custody as of  N/A
Rule 20 from the  N/A  District of _____

Is this a potential death penalty case? (Yes or No)  No

7. Does this case originate from a matter pending in the U.S. Attorney's Office prior to April 1, 2003?  _X_ Yes  ___ No

8. Does this case originate from a matter pending in the U. S. Attorney's Office prior to April 1, 1999?  ___ Yes  _X_ No
If yes, was it pending in the Central Region?  ___ Yes  ___ No

9. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to October 14, 2003?  _X_ Yes  ___ No

10. Does this case originate from a matter pending in the Narcotics Section (Miami) prior to May 18, 2003?  ___ Yes  _X_ No

_____
STEPHEN CARLTON
ASSISTANT UNITED STATES ATTORNEY
Admin No.  A5500011

Penalty Sheet(s) attached

REV.1/14/04

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

FILED by _____ D.C.
JUL 28 2005
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

**Defendant's Name:** **DONALD DIXON**

Case No: 05-80137-CR-Zloch/Snow

Count #: 1 - 5

UNION EMBEZZLEMENT

29 USC § 501(c)

*__Max. Penalty:__  0-5 years imprisonment; $250,000.00 fine

Count #:

*Max. Penalty:

Count #:

*Max. Penalty:

Count #:

*Max. Penalty:

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

## PENALTY SHEET

CASE NO.

Defendant's Name: **DONALD DIXON**

| COUNT | VIOLATION | U.S. CODE | MAX. PENALTY |
|-------|-----------|-----------|--------------|
| 1 - 5 | Union embezzlement | 21:501(c) | |
| | | | |

No. _____

UNITED STATES ___DISTRICT___ COURT

__Southern__ District of __Florida__
__Northern__ Division

THE UNITED STATES OF AMERICA

vs.

DONALD DIXON

INDICTMENT

29 USC 501(c)

A true bill.

_Neville Lethem-Rodney_
Foreman

Filed in open court this _28_ day
of _July_, A.D. 20 _05_

_[signatures]_ Clerk

Bail. $ _____

GPO 863 928